**BUYERLEVERAGE EMAIL SOLUTIONS LLC, A Delaware Limited Liability Company, Plaintiff–Appellant,**

v.

**MICROSOFT CORPORATION, Time Warner Cable, Inc., Yahoo! Inc., Return Path, Inc., SBC Internet Services, Inc., AT & T Services, Inc., and COMCAST Cable Communications, LLC, Defendants–Appellees.**

No. 2014–1385.

United States Court of Appeals, Federal Circuit.

Sept. 12, 2014.

Timothy J. Haller, Daniel R. Ferri, Frederick C. Laney, Niro, Haller & Niro, Chicago, IL, for Plaintiff–Appellant.

Kenneth L. Bressler, Blank Rome LLP, New York, NY, Chad S. Campbell, Esq., Theodore H. Wimsatt, Perkins Coie, LLP, Phoenix, AZ, Lauren Sliger, Esq., Perkins Coie, LLP, Los Angeles, CA, for Defendants–Appellees.

### ON MOTION

### ORDER

BuyerLeverage Email Solutions LLC moves to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.